**STATE ex rel. LONG v. PETREE STOCKTON, L.L.P.**

[350 N.C. 57 (1999)]

STATE OF NORTH CAROLINA, on relation of James E. Long, Commissioner of Insurance, AS LIQUIDATOR OF THE INVESTMENT LIFE INSURANCE COMPANY OF AMERICA v. PETREE STOCKTON, L.L.P., a North Carolina Limited Liability Partnership; AND JAMES M. ISEMAN

No. 246PA98

(Filed 5 February 1999)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) to review the decision of the Court of Appeals, 129 N.C. App. 432, 499 S.E.2d 790 (1998), affirming the judgment entered 29 August 1996 by Cashwell, J., in Superior Court, Wake County. Heard in the Supreme Court 12 January 1999.

*Bode, Call & Stroupe, L.L.P., by V. Lane Wharton, Jr., for plaintiff-appellant.*

*Bell, Davis & Pitt, P.A., by William K. Davis and Stephen M. Russell, for defendant-appellee Petree Stockton, L.L.P.*

*Bailey & Dixon, L.L.P., by Gary S. Parsons, Patricia P. Kerner, and Dayatra T. King, for defendant-appellee Iseman.*

PER CURIAM.

This Court allowed plaintiff's petition for writ of certiorari to review the decision of the Court of Appeals only as to the issue of constructive fraud.

WRIT OF CERTIORARI IMPROVIDENTLY ALLOWED.